**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 27, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-20-00819-CV

---

**JONATHAN FABEYO, Appellant**

**V.**

**GEICO COUNTY MUTUAL INSURANCE COMPANY, Appellee**

**On Appeal from the County Court at Law No. 6
Fort Bend County, Texas
Trial Court Cause No. 19-CCV-064673**

## MEMORANDUM OPINION

This is an appeal from a judgment signed October 26, 2020. On May 17, 2021, appellant filed a motion to withdraw his appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Hassan.